UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00025-SI |
| v. | INFORMATION |
| SKYLAAR DAYLAN FORD, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
**(Felon in Possession of a Firearm and Ammunition)**
**(18 U.S.C. §§ 922(g)(1) and 924(a)(8))**

On or about November 17, 2025, within the District of Oregon, defendant **SKYLAAR DAYLAN FORD**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Possession with Intent to Distribute a Controlled Substance, on or about July 10, 2019, in the United States District Court for the District of Oregon, Case Number 3:17-cr-00294-BR, did knowingly and unlawfully possess the following firearm and ammunition, to-wit:

    A.    Polymer 80, Inc. Model PF940C, 9mm caliber, pistol, with no identifiable serial number; and,

    B.    15 Ammo Inc. rounds of 9mm caliber ammunition,

which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE ALLEGATION**
### (Firearm Offense)

Upon conviction of the firearm offense as alleged in Count 1, defendant **SKYLAAR DAYLAN FORD** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense.

Dated: February 3, 2026.                                   Respectfully submitted,

                                                           SCOTT E. BRADFORD
                                                           United States Attorney

                                                           /s/ *Scott Kerin*
                                                           SCOTT M. KERIN, OSB # 965128
                                                           Assistant United States Attorney